# EXHIBIT A

Page Vault

| | |
|---|---|
| Document title: | Photo Gallery: Reflection of Time |
| Capture URL: | https://www.flavorwire.com/164201/photo-gallery-reflection-of-time |
| Captured site IP: | 151.101.250.217 |
| Page loaded at (UTC): | Fri, 24 Apr 2020 15:37:30 GMT |
| Capture timestamp (UTC): | Fri, 24 Apr 2020 15:39:02 GMT |
| Capture tool: | v6.13.15 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 8 |
| Capture ID: | e103c8e2-b7aa-4384-b233-c840d5e85842 |
| User: | msk-general |



## Photo Gallery: Reflection of Time

By Caroline Stanley | March 23, 2011

Share:

For his series *Mirrors*, Dallas-based photographer Tom Hussey paired images of elderly subjects with reflections of the "younger versions" of themselves. The results were so impressive that they were used in an award-winning ad campaign for an Alzheimer's drug.

"I was talking with a World War II veteran, Gardner, about his life experiences," says Hussey, explaining the genesis of the project. "He was about to have his 80th birthday. He commented that he didn't understand how he could be 80 years old as he felt he was still a young man. He just didn't feel it was possible he could be 80 years old. I started thinking about a milestone age approaching for me, as I was nearing 40. I realized that everyone thinks of themselves at a certain age or time in life. I built a bathroom set and photographed Gardner staring into his bathroom mirror and seeing himself as a 25-year-old young man." Click through to check out a gallery of images.

certain age or time in life. I built a bathroom set and photographed Gardner staring into his bathroom mirror and seeing himself as a 25-year-old young man." Click through to check out a gallery of images.

**uStudio Enterprise Podcasting**

Connect Employees Through Private Audio Channels in Secure Mobile and Desktop Apps. uStudio

OPEN

AdChoices

Photo credit: Tom Hussey

Photo credit: Tom Hussey



Forehead
Thermometer

$69.95

PRO-THERMS

Photo credit: Tom Hussey

FLAVORWIRE

Photo credit: Tom Hussey

Photo credit: Tom Hussey

Photo credit: Tom Hussey

Photo credit: Tom Hussey

Photo credit: Tom Hussey



Photo credit: Tom Hussey

Photo credit: Tom Hussey

Photo credit: Tom Hussey



# EXHIBIT B

Delaware.gov Governor | General Assembly | Courts | Elected Officials | State Agencies

# State of Delaware
### The Official Website of the First State

**Department of State: Division of Corporations**

Allowable Characters

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

Loading...

## Entity Details

### THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 5280631 | Incorporation Date / Formation Date: | 1/28/2013 (mm/dd/yyyy) |
| Entity Name: | BDG MEDIA, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | CORPORATION SERVICE COMPANY | | |
| Address: | 251 LITTLE FALLS DRIVE | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19808 |
| Phone: | 302-636-5401 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information

[Submit]

[View Search Results]          [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map   |   privacy   |   about this site   |   contact us   |   translate   |   delaware.gov

# EXHIBIT C





# Franchise Tax Account Status

As of : 04/23/2020 20:09:14

---

**This page is valid for most business transactions but is not sufficient for filings with the Secretary of State**

---

| | |
|---|---|
| **TOM HUSSEY PHOTOGRAPHY, LLC** | |
| **Texas Taxpayer Number** | 32034049166 |
| **Mailing Address** | 154 EXPRESS ST DALLAS, TX 75207-6706 |
| **❷ Right to Transact Business in Texas** | ACTIVE |
| **State of Formation** | TX |
| **Effective SOS Registration Date** | 10/30/2007 |
| **Texas SOS File Number** | 0800891354 |
| **Registered Agent Name** | THOMAS ANDREW HUSSEY |
| **Registered Office Street Address** | 154 EXPRESS STREET DALLAS, TX 75207 |

/

# EXHIBIT D

 **Party Search Results**

**Search Criteria:** Party Search; Last Name: [hussey]; First Name: [tom]; Party Role: [PLA]; Sort: [Date Filed, Ascending]
**Result Count:** 13 (1 page)
**Current Page:** 1

| | |
|---|---|
| Party Name | HUSSEY, TOM (pla) |
| Case Number | 1:2016cv00019 |
| Case Title | HUSSEY V. COLLEGEVOX LLC, D/B/A GAINESVILLESCENE AND ORLANDOSCENE |
| Court | Florida Northern District Court |
| Date Filed | 01/29/2016 |
| Date Closed | 04/12/2016 |
| Party Name | Hussey, Tom (pla) |
| Case Number | 1:2016cv03767 |
| Case Title | Hussey v. Sensitive Touch, Inc. |
| Court | New York Southern District Court |
| Date Filed | 05/19/2016 |
| Date Closed | 10/17/2017 |
| Party Name | Hussey, Tom (pla) |
| Case Number | 1:2017cv00445 |
| Case Title | Hussey v. McCleary |
| Court | Colorado District Court |
| Date Filed | 02/17/2017 |
| Date Closed | 07/03/2018 |
| Party Name | Hussey, Tom (pla) |
| Case Number | 1:2017cv07711 |
| Case Title | Hussey v. Devgan et al |
| Court | New York Southern District Court |
| Date Filed | 10/09/2017 |
| Date Closed | 04/03/2018 |
| Party Name | Hussey, Tom (pla) |
| Case Number | 2:2018cv10316 |
| Case Title | Hussey v. Glenn R. Matecun, P.C. |
| Court | Michigan Eastern District Court |
| Date Filed | 01/26/2018 |
| Date Closed | 05/09/2018 |
| Party Name | Hussey, Tom (pla) |
| Case Number | 2:2018cv01253 |
| Case Title | Hussey v. Alan Jeskey Builders, Inc. |
| Court | Nevada District Court |
| Date Filed | 07/09/2018 |
| Date Closed | 10/17/2018 |

| Party Name | Hussey, Tom (pla) |
|---|---|
| Case Number | 2:2018cv06928 |
| Case Title | Tom Hussey v. Unlimited Trading Company, Inc. et al |
| Court | California Central District Court |
| Date Filed | 08/13/2018 |
| Date Closed | 10/02/2018 |
| Party Name | Hussey, Tom (pla) |
| Case Number | 2:2018cv07084 |
| Case Title | Tom Hussey v. Chancellor Health Care, LLC et al |
| Court | California Central District Court |
| Date Filed | 08/15/2018 |
| Date Closed | 12/21/2018 |
| Party Name | Hussey, Tom (pla) |
| Case Number | 1:2018cv24059 |
| Case Title | Hussey v. Ngo |
| Court | Florida Southern District Court |
| Date Filed | 10/02/2018 |
| Date Closed | 03/21/2019 |
| Party Name | Hussey, Tom (pla) |
| Case Number | 3:2018cv02299 |
| Case Title | Tom Hussey v. Unlimited Trading Company, Inc. et al |
| Court | California Southern District Court |
| Date Filed | 10/03/2018 |
| Date Closed | 06/21/2019 |
| Party Name | HUSSEY, TOM (pla) |
| Case Number | 7:2019cv00044 |
| Case Title | TOM HUSSEY v. DATA SOFTWARE SERVICES LLC |
| Court | Georgia Middle District Court |
| Date Filed | 03/18/2019 |
| Date Closed | 08/26/2019 |
| Party Name | Hussey, Tom (pla) |
| Case Number | 1:2019cv23461 |
| Case Title | Hussey v. Positivemed, LLC |
| Court | Florida Southern District Court |
| Date Filed | 08/19/2019 |
| Date Closed | 10/31/2019 |
| Party Name | Hussey, Tom (pla) |
| Case Number | 2:2020cv00721 |
| Case Title | Tom Hussey v. Style Pantry, LLC et al |
| Court | California Central District Court |
| Date Filed | 01/23/2020 |
| Date Closed | |

**PACER Service Center**

| | | Receipt 04/28/2020 14:50:22 934088115 |
|---|---|---|
| **User** | | |
| **Client Code** | | |
| **Description** | All Court Types Party Search | |

All Courts, Nationwide; Party, Role: pla; All Courts, Page: 1
sort: DateFiled

**Billable Pages**    1 ($0.10)

# EXHIBIT E



# Party Search Results

**Search Criteria:** Party Search; Last Name: [hussey]; First Name: [thomas]; Party Role: [PLA]
**Result Count:** 7 (1 page)
**Current Page:** 1

| | |
|---|---|
| Party Name | Hussey, Thomas (pla) |
| Case Number | 3:2006cv05381 |
| Case Title | Hussey et al v. General Electric Company et al |
| Court | California Northern District Court |
| Date Filed | 08/31/2006 |
| Date Closed | 01/10/2007 |
| Party Name | Hussey, Thomas (pla) |
| Case Number | 3:2017cv01050 |
| Case Title | Hussey v. Station Pride, LLC |
| Court | Connecticut District Court |
| Date Filed | 06/26/2017 |
| Date Closed | 11/01/2017 |
| Party Name | Hussey, Thomas (pla) |
| Case Number | 3:2017cv01217 |
| Case Title | Hussey v. Source Marketing LLC |
| Court | Connecticut District Court |
| Date Filed | 07/21/2017 |
| Date Closed | 01/03/2018 |
| Party Name | Hussey, Thomas (pla) |
| Case Number | 2:2018cv04268 |
| Case Title | Hussey v. Knockout Media, Inc. et. al. |
| Court | New York Eastern District Court |
| Date Filed | 07/27/2018 |
| Date Closed | 08/27/2018 |
| Party Name | Hussey, Thomas (pla) |
| Case Number | 1:2018cv07893 |
| Case Title | Hussey v. Knockout Industries, LLC et al |
| Court | New York Southern District Court |
| Date Filed | 08/29/2018 |
| Date Closed | 06/05/2019 |
| Party Name | Hussey, Thomas (pla) |
| Case Number | 1:2019cv03804 |
| Case Title | Hussey v. PSFK, LLC |
| Court | New York Southern District Court |
| Date Filed | 04/29/2019 |
| Date Closed | 08/20/2019 |

| Party Name | Hussey, Thomas Andrew (pla) |
|---|---|
| Case Number | 1:2018cv11714 |
| Case Title | Hussey v. Kaizen Media Group LLC et al |
| Court | New York Southern District Court |
| Date Filed | 12/14/2018 |
| Date Closed | 05/08/2019 |

| **PACER Service Center** | | **Receipt** 04/28/2020 14:51:28 934088229 |
|---|---|---|
| **User** | | |
| **Client Code** | | |
| **Description** | All Court Types Party Search | |
| | All Courts; Name hussey, thomas; Role pla; All Courts; Page: 1 | |
| **Billable Pages** | 1 ($0.10) | |

/

# EXHIBIT F



# Party Search Results

**Search Criteria:** Party Search; Last Name: [tom hussey photography]; Sort: [Date Filed, Ascending]
**Result Count:** 6 (1 page)
**Current Page:** 1

| | |
|---|---|
| Party Name | Tom Hussey Photography, LLC (pla) |
| Case Number | 1:2016cv03767 |
| Case Title | Hussey v. Sensitive Touch, Inc. |
| Court | New York Southern District Court |
| Date Filed | 05/19/2016 |
| Date Closed | 10/17/2017 |
| Party Name | Tom Hussey Photography, LLC (pla) |
| Case Number | 1:2018cv03781 |
| Case Title | Tom Hussey Photography, LLC v. Villa Homemaker & Companions, LLC |
| Court | New York Southern District Court |
| Date Filed | 04/27/2018 |
| Date Closed | 06/05/2018 |
| Party Name | Tom Hussey Photography, LLC (pla) |
| Case Number | 1:2018cv03788 |
| Case Title | Tom Hussey Photography, LLC v. Footprints to Fitness, LLC |
| Court | New York Southern District Court |
| Date Filed | 04/28/2018 |
| Date Closed | 03/01/2019 |
| Party Name | Tom Hussey Photography, LLC (pla) |
| Case Number | 1:2018cv03751 |
| Case Title | Tom Hussey Photography, LLC v. Cool Mom Picks LLC |
| Court | Georgia Northern District Court |
| Date Filed | 08/06/2018 |
| Date Closed | 01/28/2019 |
| Party Name | TOM HUSSEY PHOTOGRAPHY, LLC (pla) |
| Case Number | 1:2019cv03030 |
| Case Title | TOM HUSSEY PHOTOGRAPHY, LLC v. WALKER'S LEGACY |
| Court | District Of Columbia District Court |
| Date Filed | 10/10/2019 |
| Date Closed | 03/23/2020 |
| Party Name | Tom Hussey Photography, LLC (pla) |
| Case Number | 1:2020cv00404 |
| Case Title | Tom Hussey Photography, LLC v. BDG Media, Inc. |
| Court | Delaware District Court |
| Date Filed | 03/20/2020 |
| Date Closed | |

**PACER Service Center**

**Receipt** 04/28/2020 15:02:58 934089794

**User** ████████
**Client Code** ████████

| | |
|---|---|
| **Description** | All Case Types; Party Search; All Courts; Name tom hussey photography; All Courts; Page: 1; sort: DateFiled, ASC |
| **Billable Pages** | 1 ($0.10) |

/

# EXHIBIT G

Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Frank Gregory Casella (SBN 301494)
fcasella@donigerlawfirm.com
DONIGER/BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM HUSSEY, an individual, | Case No.: |
| Plaintiff, | PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT |
| v. | _Jury Trial Demanded_ |
| STYLE PANTRY, LLC, a California Limited Liability Company; and DOES 1 through 10, | |
| Defendants. | |

TOM HUSSEY, by and through his undersigned attorneys, hereby prays to this honorable Court for relief based on the following:

## **JURISDICTION AND VENUE**

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 _et seq_.

2. This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 1338 (a) and (b).

3.  Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

### PARTIES

4.  Plaintiff TOM HUSSEY ("HUSSEY") is an individual residing in Dallas, Texas.

5.  Plaintiff is informed and believes and thereon alleges that Defendant STYLE PANTRY, LLC ("STYLE PANTRY") is a California Limited Liability Company with its primary place of business located at 8950 W. Olympic Blvd., Suite 505, Beverly Hills, California 90211, and is the owner of the website at http://www.stylepantry.com.

6.  Plaintiff is informed and believes and thereon alleges that Defendants DOES 1 through 10, inclusive, are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants 1 through 10, inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

7.  Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and/or adopted each of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## CLAIMS RELATED TO SUBJECT PHOTOGRAPH A

8.  HUSSEY owns an original photograph entitled "N-46-Graduate-2" ("Subject Photograph A") that was registered with the United States Copyright Office on June 8, 2009 with the Registration Number VAu 990-319. Plaintiff is the sole owner of the exclusive rights in Subject Photograph A.

9.  Following Plaintiff's publication and display of Subject Photograph A, STYLE PANTRY, DOE Defendants, and each of them used Subject Photograph A without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as http://www.stylepantry.com.

10. An image of Subject Photograph A and a screen capture of Defendant's website with Subject Photograph A embedded are set forth hereinbelow:

### Subject Photograph A



//
//

**Screen Capture**



## CLAIMS RELATED TO SUBJECT PHOTOGRAPH B

11. HUSSEY owns an original photograph entitled "N-46-Korean-Teacher" ("Subject Photograph B") that was registered with the United States Copyright Office on June 8, 2009 with the Registration Number VAu 990-319. Plaintiff is the sole owner of the exclusive rights in Subject Photograph B.

12. Following Plaintiff's publication and display of Subject Photograph B, STYLE PANTRY, DOE Defendants, and each of them used Subject Photograph B without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as http://www.stylepantry.com.

13. An image of Subject Photograph B and a screen capture of Defendant's website with Subject Photograph B embedded are set forth hereinbelow:

//

//

//

4
COMPLAINT

**Subject Photograph B**



**Screen Capture**



## CLAIMS RELATED TO SUBJECT PHOTOGRAPH C

14. HUSSEY owns an original photograph entitled "N-46-Soldier-Crop" ("Subject Photograph C") that was registered with the United States Copyright Office on June 8, 2009 with the Registration Number VAu 990-319. Plaintiff is the sole owner of the exclusive rights in Subject Photograph C.

15. Following Plaintiff's publication and display of Subject Photograph C, STYLE PANTRY, DOE Defendants, and each of them used Subject Photograph C

without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as http://www.stylepantry.com.

16. An image of Subject Photograph C and a screen capture of Defendant's website with Subject Photograph C embedded are set forth hereinbelow:

**<u>Subject Photograph C</u>**



**<u>Screen Capture</u>**



1

### CLAIMS RELATED TO SUBJECT PHOTOGRAPH D

2

17. HUSSEY owns an original photograph entitled "N-46-Teacher-4" ("Subject

3

Photograph D") that was registered with the United States Copyright Office on June

4

8, 2009 with the Registration Number VAu 990-319. Plaintiff is the sole owner of

5

the exclusive rights in Subject Photograph D.

6

18. Following Plaintiff's publication and display of Subject Photograph D,

7

STYLE PANTRY, DOE Defendants, and each of them used Subject Photograph D

8

without Plaintiff's authorization for commercial purposes in various ways, including,

9

but not limited to, the use on websites such as http://www.stylepantry.com.

10

19. An image of Subject Photograph D and a screen capture of Defendant's

11

website with Subject Photograph D embedded are set forth hereinbelow:

12

### Subject Photograph D

13



14

15

16

17

18

19

20

21

22

23

24

25

26

27

//

28

7
COMPLAINT

**Screen Capture**



**CLAIMS RELATED TO SUBJECT PHOTOGRAPH E**

20. HUSSEY owns an original photograph entitled "N-56-0114-Singer-Caregiver" ("Subject Photograph E") that was registered with the United States Copyright Office on June 8, 2009 with the Registration Number VAu 990-319. Plaintiff is the sole owner of the exclusive rights in Subject Photograph E.

21. Following Plaintiff's publication and display of Subject Photograph E, STYLE PANTRY, DOE Defendants, and each of them used Subject Photograph E without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as http://www.stylepantry.com.

22. An image of Subject Photograph E and a screen capture of Defendant's website with Subject Photograph E embedded are set forth hereinbelow:

//

//

//

8
COMPLAINT

**Subject Photograph E**



**Screen Capture**



## CLAIMS RELATED TO SUBJECT PHOTOGRAPH F

23. HUSSEY owns an original photograph entitled "N-46-Welder-4" ("Subject Photograph F") that was registered with the United States Copyright Office on June

8, 2009 with the Registration Number VAu 990-319. Plaintiff is the sole owner of the exclusive rights in Subject Photograph F.

24. Following Plaintiff's publication and display of Subject Photograph F, STYLE PANTRY, DOE Defendants, and each of them used Subject Photograph F without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as http://www.stylepantry.com.

25. An image of Subject Photograph F and a screen capture of Defendant's website with Subject Photograph F embedded are set forth hereinbelow:

### Subject Photograph F



### Screen Capture



## CLAIMS RELATED TO SUBJECT PHOTOGRAPH G

26. HUSSEY owns an original photograph entitled "N-46-Fireman-Caregiver-2" ("Subject Photograph G") that was registered with the United States Copyright Office on June 8, 2009 with the Registration Number VAu 990-319. Plaintiff is the sole owner of the exclusive rights in Subject Photograph G.

27. Following Plaintiff's publication and display of Subject Photograph G, STYLE PANTRY, DOE Defendants, and each of them used Subject Photograph G without Plaintiff's authorization for commercial purposes in various ways, including, but not limited to, the use on websites such as http://www.stylepantry.com.

28. An image of Subject Photograph G and a screen capture of Defendant's website with Subject Photograph G embedded are set forth hereinbelow:

### Subject Photograph G



//

//

## Screen Capture



## FIRST CLAIM FOR RELIEF

(For Copyright Infringement - Against All Defendants, and Each)

29. Plaintiff repeats, realleges and incorporates herein by reference as though fully set forth the allegations contained in the preceding paragraphs of this Complaint.

30. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, had access to Subject Photograph A, Subject Photograph B, Subject Photograph C, Subject Photograph D, Subject Photograph E, Subject Photograph F, and Subject Photograph G (collectively, the "Subject Photographs") including, without limitation, through Plaintiff's website and social media accounts or viewing the Subject Photographs on third-party websites (e.g., Tumblr, Pinterest, etc.).

31. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, used and distributed images of the Subject Photographs, and exploited said images in multiple website posts without Plaintiff's authorization or consent.

32. Due to Defendants', and each of their, acts of infringement, Plaintiff has suffered damages in an amount to be established at trial.

33. Due to Defendants', and each of their, acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained profits they would not otherwise have realized but for their infringement of the Subject Photographs. As such, Plaintiff is entitled to disgorgement of Defendants', and each of their, profits attributable to the infringement of the Subject Photographs in an amount to be established at trial.

34. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, have committed copyright infringement with actual or constructive knowledge of Plaintiff's rights such that said acts of copyright infringement were, and continue to be, willful, intentional and malicious.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for judgment as follows:

a. That Defendants—each of them—and their respective agents and servants be enjoined from importing, manufacturing, distributing, offering for sale, selling or otherwise trafficking in any product that infringes Plaintiff's copyrights in the Subject Photographs;

b. That Plaintiff be awarded all profits of Defendants, and each of them, plus all losses of Plaintiff, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

c. That Plaintiff be awarded its attorneys' fees as available under the Copyright Act U.S.C. § 101 et seq.;

d. That Plaintiff be awarded pre-judgment interest as allowed by law;

e. That Plaintiff be awarded the costs of this action; and

f. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

Dated: January 23, 2020                          DONIGER/BURROUGHS

                                        By:    /s/ Stephen M. Doniger
                                               Stephen M. Doniger, Esq.
                                               Frank Gregory Casella, Esq.
                                               Attorneys for Plaintiff

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
**CIVIL COVER SHEET**

| I. (a) PLAINTIFFS ( Check box if you are representing yourself ☐ ) | DEFENDANTS ( Check box if you are representing yourself ☐ ) |
|---|---|
| TOM HUSSEY | STYLE PANTRY, LLC, et al. |

| (b) County of Residence of First Listed Plaintiff | County of Residence of First Listed Defendant |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |

| (c) Attorneys (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information. | Attorneys (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information. |
|---|---|

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multidistrict Litigation - Transfer

☐ 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No  (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No  ☐ **MONEY DEMANDED IN COMPLAINT:** $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Copyright Act of 1976, Title 17 U.S.C., § 101 et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☒ 820 Copyrights |
| ☐ 376 Qui Tam (31 USC 3729(a)) | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 400 State Reapportionment | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 835 Patent - Abbreviated New Drug Application |
| ☐ 410 Antitrust | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 895 Freedom of Info. Act | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 896 Arbitration | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

| FOR OFFICE USE ONLY: | Case Number: |
|---|---|

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL COVER SHEET**

**VIII.  VENUE**:  Your answers to the questions below will determine the division of the Court to which this case will be initially assigned.  This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A:  Was this case removed from state court? ☐ Yes ☒ No  If "no," skip to Question B.  If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B:  Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? ☐ Yes ☒ No  If "no," skip to Question C.  If "yes," answer Question B.1, at right. | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.?  _check one of the boxes to the right_ ➡ | ☐ YES.  Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO.  Continue to Question B.2. |
| | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties?  (Consider the two counties together.)  _check one of the boxes to the right_ ➡ | ☐ YES.  Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO.  Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C:  Is the United States, or one of its agencies or employees, a DEFENDANT in this action? ☐ Yes ☒ No  If "no," skip to Question D.  If "yes," answer Question C.1, at right. | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?  _check one of the boxes to the right_ ➡ | ☐ YES.  Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO.  Continue to Question C.2. |
| | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties?  (Consider the two counties together.)  _check one of the boxes to the right_ ➡ | ☐ YES.  Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO.  Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D:  Location of plaintiffs and defendants? | **A.** Orange County | **B.** Riverside or San Bernardino County | **C.** Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of _plaintiffs who reside in this district_ reside.  (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |
| Indicate the location(s) in which 50% or more of _defendants who reside in this district_ reside.  (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |

| **D.1.  Is there at least one answer in Column A?** | **D.2.  Is there at least one answer in Column B?** |
|---|---|
| ☐ Yes ☒ No | ☐ Yes ☒ No |
| If "yes," your case will initially be assigned to the SOUTHERN DIVISION. | If "yes," your case will initially be assigned to the EASTERN DIVISION. |
| Enter "Southern" in response to Question E,  below, and continue from there. | Enter "Eastern" in response to Question E,  below. |
| If "no," go to question D2 to the right. ➡ | If "no," your case will be assigned to the WESTERN DIVISION. Enter "Western" in response to Question E, below. ⬇ |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | WESTERN |

| QUESTION F: Northern Counties? | |
|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes ☒ No |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES**:  Has this action been previously filed **in this court**?    ☒ NO    ☐ YES

If yes, list case number(s):

**IX(b). RELATED CASES**:  Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court**?    ☒ NO    ☐ YES

If yes, list case number(s):

**Civil cases** are related when they (check all that apply):

☐ A.  Arise from the same or a closely related transaction, happening, or event;

☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges.

Note:  That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A.  Arise from the same or a closely related transaction, happening, or event;

☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C.  Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

---

**X.  SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):**    /s/ Stephen M. Doniger        DATE:  01/23/2020

---

**Notice to Counsel/Parties:**  The submission of this Civil Cover Sheet is required by Local Rule 3-1.  This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  For more detailed instructions, see separate instruction sheet (CV-071A).

---

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended.  Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

# EXHIBIT H

**Page Vault**

| | |
|---|---|
| Document title: | (3) Caroline Stanley \| LinkedIn |
| Capture URL: | https://www.linkedin.com/in/caroline-stanley-a5a31659/ |
| Captured site IP: | 108.174.10.10 |
| Page loaded at (UTC): | Fri, 24 Apr 2020 15:42:03 GMT |
| Capture timestamp (UTC): | Fri, 24 Apr 2020 15:42:39 GMT |
| Capture tool: | v6.13.15 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 6 |
| Capture ID: | c7d8c4bc-0eed-4ace-ab75-e8cc3fbc5453 |
| User: | msk-general |



Morgan, ready for your dream job?

**Anti-Money Laundering Analyst**
Austin, TX, US

**View Now**

🔍 Search · Home · My Network · Jobs · Messaging · Notifications · Me ▾ · Work ▾ · Try Premium Free for 1 Month

**Power your Team** - With tools that keep them productive from home   Ad ⋯



🔒 Message · More...

**Caroline Stanley** · 3rd
Editorial Strategy at Apple

Cupertino, California · 500+ connections · Contact info

🔲 Apple

🟪 New York University

## About

Data-driven editor with expertise in cross-platform storytelling and content strategy for a digital-native audience.

## Experience



**Head of Global Editorial Strategy, App Store**
Apple
Mar 2018 – Present · 2 yrs 2 mos



**Refinery29, Inc.**
2 yrs 9 mos

● **Executive Editor**
Jun 2016 – Mar 2018 · 1 yr 10 mos

Oversaw the daily operation of teams across Editorial, Branded Editorial, Photo, and Design. Partnered with R29's Chief Content Officer and Global Editor-In-Chief to conceive and execute the most cutting-edge content online, recruit new editorial talent, conceptualize franchises and special projects, and ensure that voice and tone were consistent and aligned with the company mission.

● **Deputy Editor, Living**
Jul 2015 – Jun 2016 · 1 yr
Greater New York City Area

Managed a team of editors covering categories including travel, weddings, finance, and tech. Top edited over 300 stories per month. Grew the fledgling vertical to become R29's second-biggest traffic driver.



**Managing Editor, Local Markets**
Refinery29, Inc.
Aug 2014 – Mar 2015 · 8 mos
Greater New York City Area

Oversaw the restructuring of a team of remote editors in New York, Los Angeles, San Francisco, Chicago, Washington D.C., and London. Shifted the content strategy from hyperlocal coverage

### People Also Viewed


**Marla Friedman** · 3rd
Editor, Apple News at Apple


**Arjan Timmermans**
· 3rd
Head of Editorial at Apple


**Ann Thai** · 3rd 🔗
Director of Product, App Store at Apple, ⚠ Hiring for Subscriptions Product Mgr ⚠


**Simmi Gulati** · 3rd
Editorial Operations, Apple News


**Lauren Kern** · 3rd 🔗
Editor In Chief at Apple


**Emily Leonard** · 3rd
Editorial Marketing Lead, App Store


**Jessica Flint**
· 3rd
Editor at Apple


**Kiron Heriot-Darragh**
· 2nd
Global Editorial Lead at Apple


**Adam Century**
· 3rd
Apple News, Apple Inc.


**Alice Chen** · 3rd
Social Media @ Apple

Learn new skills with LinkedIn Learnin

💬 Messaging    ✎  ⋯

Document title: (3) Caroline Stanley | LinkedIn
Capture URL: https://www.linkedin.com/in/caroline-stanley-a5a31659/
Capture timestamp (UTC): Fri, 24 Apr 2020 15:42:39 GMT



**Caroline Stanley**
Editorial Strategy at Apple

Message   More...

Oversaw the restructuring of a team of remote editors in New York, Los Angeles, San Francisco, Chicago, Washington D.C., and London. Shifted the content strategy from hyperlocal coverage toward a category-based approach with wider reach and more SEO value.



### Editorial Director of Bauer Teen Network
Bauer Publishing
Feb 2013 – Jul 2014 · 1 yr 6 mos

Created an online experience to complement and enhance Bauer's teen-focused print publications. Drove a 950% YoY increase in monthly pageviews for J-14, the largest of the brands, and grew its audience on Facebook to over 4.2 million fans.



### Founding Editor, Flavorwire.com
Flavorpill
2008 – Feb 2013 · 5 yrs

Grew the audience for an online publisher of live event listings in major cities across the US by launching a companion pop-culture website. Hired and managed a team of writers and editors who published 20+ daily stories covering film, TV, books, art, and music.



### Editorial Director
Gen Art
Jan 2007 – Oct 2008 · 1 yr 10 mos

Published daily email newsletters and oversaw copy for a company focused on promoting emerging creative talent through member-only events in markets including New York, Los Angeles, San Francisco, Chicago, and Miami.



### Associate Editor (Health and Food)
Quick & Simple magazine
Jul 2005 – Jan 2007 · 1 yr 7 mos

As an associate editor, I pitched, reported, and wrote two 800-word health features per week, with a focus on weight-loss success stories and new product roundups.



### Associate Editor
Twist magazine
Jul 2004 – Jun 2005 · 1 yr

During my time at Twist, one of Bauer Publishing's celebrity-focused teen titles, I covered beauty and entertainment. Each month I was responsible for producing a handful of pages, as well as securing and performing interviews with talent and shooting product samples for my stories.

### Editorial Assistant
Ladies' Home Journal magazine
Jan 2003 – Jun 2004 · 1 yr 6 mos
Greater New York City Area

At Ladies' Home Journal, I generated story ideas and wrote articles for the parenting, entertaining and health sections of the magazine, while assisting the Entertainment Director and Deputy Editor with administrative tasks.

Show fewer experiences ^

## Education

Learn new skills with LinkedIn Learning


Mobile Marketing: Create a Strategy
Viewers: 13,197


Google Analytics Essential Training
Viewers: 87,753


Optimizing Marketing Emails
Viewers: 19,923

See more courses

Promoted


Earn a Smarter Master's
Learn Smarter with a flexible master's degree from Capella.


Need An Expert Witness?
#1 Expert Witness Source. Call us today for subject-matter experts.


Pepperdine's Online MBA
The Online MBA Program from Pepperdine. GMAT Waivers Available

 Messaging



**Caroline Stanley**
Editorial Strategy at Apple

## Education

**New York University**
Bachelor of Arts (B.A.), English and American Literature

## Skills & Endorsements

**Editorial** · 21

Endorsed by **Brian Underwood**, who is highly skilled at this

**Magazines** · 13

Endorsed by **Bill Lieberman and 1 other** who is highly skilled at this

Endorsed by **4 of Caroline's colleagues at Gen Art**

**Blogging** · 12

Endorsed by **5 of Caroline's colleagues at Gen Art**

### Industry Knowledge

| | |
|---|---|
| Content Strategy · 9 | Social Media · 6 |
| Copy Editing · 6 | Film · 5 |
| Newsletters · 5 | Writing · 5 |
| Journalism · 4 | Entertainment · 4 |
| Digital Strategy · 4 | SEO · 4 |
| Copywriting · 4 | Creative Direction · 3 |
| Branding & Identity · 2 | Publishing · 2 |
| Digital Media · 2 | Editing · 2 |
| Digital Marketing · 1 | Web Analytics · 1 |
| User Experience · 1 | Freelance Writing · 1 |
| Content Development · 1 | Web Content · 1 |
| Content Management · 1 | |

### Tools & Technologies

| | |
|---|---|
| Facebook · 6 | Google Analytics · 2 |

**Promoted**

**Earn a Smarter Master's**
Learn Smarter with a flexible master's degree from Capella.

**Need An Expert Witness?**
#1 Expert Witness Source. Call us today for subject-matter experts.

**Pepperdine's Online MBA**
The Online MBA Program from Pepperdine. GMAT Waivers Available.

Messaging



Facebook · 6                    Google Analytics · 2

Interpersonal Skills

**Storytelling** · 6

Other Skills ⑦

**New Media** · 3

Promoted

**Earn a Smarter Master's**
Learn Smarter with a flexible master's degree from Capella.

**Need An Expert Witness?**
#1 Expert Witness Source. Call us today for subject-matter experts.

**Pepperdine's Online MBA**
The Online MBA Program from Pepperdine. GMAT Waivers Available

Show less ⌃

## Recommendations

**Received (1)**      Given (1)

**Lee Sawa-Frank**
Project Manager /
eCommerce Manager
April 14, 2014, Lee reported directly to Caroline

Caroline was a great manager to work with. She had a positive attitude and guided me through developing the social media voice of Flavorpill. She was able to skillfully manage a team of in-house writers, freelancers and interns to craft the blogging voice of the company. Soon after I started, Flavorwire was contributing a lionshare of web traffic. See less

## Interests

**Refinery29, Inc.**
160,054 followers

**New York University**
612,255 followers

**Rachel Sklar** in
Founder, TheLi.st
107,965 followers

**Bauer Media Group - USA**
6,775 followers

**Philippe von Borries** in
Founder of Refinery29
161,996 followers

**Anil Dash** in
CEO of Glitch
81,908 followers

**Linked** in

About
Careers
Ad Choices
Small Business

Talent Solutions
Marketing Solutions
Sales Solutions
Safety Center

Community Guidelines
Privacy & Terms ⌄
Mobile

⑦ **Questions?**
Visit our Help Center.

⚙ **Manage your account and privacy**
Go to your Settings.

Select Language
English (English)

LinkedIn Corporation © 2020

Messaging ✎ ⋯

# EXHIBIT I

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through April 24, 2020.

---

Selected Entity Name: FLAVORPILL PRODUCTIONS LLC
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | FLAVORPILL PRODUCTIONS LLC |
| **DOS ID #:** | 2662524 |
| **Initial DOS Filing Date:** | JULY 20, 2001 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC LIMITED LIABILITY COMPANY |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
FLAVORPILL PRODUCTIONS LLC
594 BROADWAY
SUITE 1212
NEW YORK, NEW YORK, 10012

### Registered Agent

NONE

This office does not require or maintain information regarding
the names and addresses of members or managers of
nonprofessional limited liability companies. Professional
limited liability companies must include the name(s) and
address(es) of the original members, however this information
is not recorded and only available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| No Information Available | | |

Stock information is applicable to domestic business corporations.

## Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JUL 20, 2001 | Actual | FLAVORPILL PRODUCTIONS LLC |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results    New Search

Services/Programs   |   Privacy Policy   |   Accessibility Policy   |   Disclaimer   |   Return to DOS Homepage   |   Contact Us

# EXHIBIT J

**Page Vault**

| | |
|---|---|
| Document title: | (3) Mark Mangan | LinkedIn |
| Capture URL: | https://www.linkedin.com/in/markmangan/ |
| Captured site IP: | 108.174.10.10 |
| Page loaded at (UTC): | Fri, 24 Apr 2020 15:39:18 GMT |
| Capture timestamp (UTC): | Fri, 24 Apr 2020 15:40:23 GMT |
| Capture tool: | v6.13.15 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 6 |
| Capture ID: | e3f9c7c5-8e24-4ab3-9f19-a7ee066974fb |
| User: | msk-general |

PDF REFERENCE #:          2XEaGnDwEwo8sBdpJfNyiV



**Need An Expert Witness? -** #1 Expert Witness Source. Call us today for subject-matter experts.   Ad   •••

Promoted


**Need An Expert Witness?**
#1 Expert Witness Source. Call us today for subject-matter experts.


**Pepperdine's Online MBA**
The Online MBA Program from Pepperdine. GMAT Waivers Available


**Power your Team**
With tools that keep them productive from home

**Mark Mangan** · 3rd
Company Creator, Advisor, Consultant
Brooklyn, New York · 500+ connections · Contact info

Flavorpill

 University of Vermont

[ 🔒 Message ]  [ More... ]

People Also Viewed

 **Jessie Balfour-Lynn** · 3rd
Co-founder of Le Ciel Foundation- Community and Events Associate at Ashoka

 **Tjaden Hess** · 3rd+
CS+Mathematics Major Cornell University

 **Sarah Drew** · 3rd
Impact Programs Manager at The James Beard Foundation

 **Sascha Lewis** · 2nd
Founder, Future Present, EVRYMAN & Flavorpill Media, Consultant, Advisor

 **Sarah Drew** · 3rd
Author of GAIA CODEX - Speaker.Teacher.Visionary Media

 **Jake Sherman** · 3rd
Director, Brian Urquhart Center for Peace Operations at International Peace Institute (IPI)

 **Richard Chriss** · 3rd
CEO of America's leading organization representing the steel supply chain Harvard · Catholic University

 **Evgeni Mitkov** · 3rd
Blockchain and FX Expert

 **Nate Lombardi** · 3rd
Creative Executive who cultivates empathetic citizens through gaming/arts. NEXUS Global, Summit Series, Board

## About

I'm mostly recently cofounder of Flavorpill Media, a leading publisher of cultural content and events, where I was CEO and then headed up our innovation lab. I'm currently working on a couple projects in stealth mode and advising early stage companies.

## Experience

 **Co-founder**
Flavorpill
Oct 2000 – Aug 2018 · 17 yrs 11 mos
Greater New York City Area

Flavorpill Media is a creator of cultural content and events. Through our two sites and Flavorpill and Flavorwire, we cover art, film, music, etc, and provide not only picks, the best things to do with your free time, both nationally and locally (Flavorpill), and also cultural news and commentary (Flavorwire). On the events side, we have hosted everything from DJ events at the Guggenheim and Getty to yoga on the Great Lawn for ten thousand people. Working with the best brands in the world, we help them reach an audience of smart, discerning readers and event goers in the most dynamic cities in the US. As of August 2018, we are now a part of Bustle Digital Group.

 **Co-founder, CEO**
Netsetgoods
1998 – 2000 · 2 yrs
Greater New York City Area

Netset curated design-based products from around the world, including accessories, home design, and music. The company was featured in every major style magazine and sold to all 50 states and 15 countries. We did virtually everything in house - from inventory management and shipping to product sourcing and site development (including a raw implementation of ecommerce way back in the last century). After the first dot-com crash we sold off parts and a couple of us looked for the next invention, one with less overhead and more about connecting content and people.
see less

 **Creative Dept + Business Development**
Agency.com
1996 – 1998 · 2 yrs

Messaging   ✎   •••

      

 **Mark Mangan**
Company Creator, Advisor, Consultant

🔒 Message    More...

 **Creative Dept + Business Development**
Agency.com
1996 – 1998 · 2 yrs
New York City

Hired to do site building and production, I soon after moved into site editing then business development, concepting and creating videos to win business for big companies like Kmart and British Airways. Then I got into information architecture and before I left I created and ran a new org within the company for the president and one of the founders called the Applied Concepts Lab, which was focused on usability and new testing technologies.

see less

**Corporate Writer + Web Guy**
Pencom Systems
1995 – 1998 · 3 yrs

I was hired by the #2, VP of Operations and General Counsel, to be his go-to person as he, sensing the imminent explosion of the web, was looking to expand the software development aspects of the company, which was at the time primarily a recruiting firm. I helped create and launch the Pencom site, including a popular "salary survey" application which generated thousands of qualified leads every quarter. I also wrote the treatment for an early book on Java called Java Programming Basics, for which I wrote the forward, when the language was still in its alpha.

see less

## Education

 **University of Vermont**
English, Philosophy, French
1989 – 1993
Activities and Societies: Phi Beta Kappa

 **Université Paris Sorbonne (Paris IV)**
Literature, Philosophy, Art
1991 – 1992

## Volunteer Experience

 **Board Member**
Housing Works Bookstore
2009 – Present · 11 yrs
Health

Housing Works Bookstore is a cultural center on Crosby Street in Soho, a flagship for Housing Works, the $50M organization dedicated to housing for people with AIDS. The bookstore regularly host big acts including such performers as Bjork or Lou Reed.

## Skills & Endorsements

**Editorial** · 55

 Endorsed by **Courtney Boyd Myers (CBM)** and 1 other who is highly skilled at this

Endorsed by **2 of Mark's colleagues at Flavorpill Media**

**E-commerce** · 50

---

Global, Summit Series, Board Member

 **Sandy Nelson** · 3rd
Sales Controller for LMG, WKL&B

**Learn new skills with LinkedIn Learni**

 **Surveys and Question for UX Projects**
Viewers: 1,860

 **Interaction Design: Interface**
Viewers: 1,129

 **Scrivener Essential Tra**
Viewers: 7,764

See more courses

**Promoted**

 **Earn a Smarter Master's**
Learn Smarter with a flexible master's degree from Capella.
**Learn more**

 **Catering your event!**
Finally a SoCal cat your team will rave 100-1000 fed in 30
**Learn more**

💬 **Messaging**    ✏️  ···



Document title: (3) Mark Mangan | LinkedIn
Capture URL: https://www.linkedin.com/in/markmangan/
Capture timestamp (UTC): Fri, 24 Apr 2020 15:40:23 GMT

Search

**Mark Mangan**
Company Creator, Advisor, Consultant

Message    More...

Show less ∧

## Recommendations

**Received (2)**    Given (2)



**Preston Pesek**
CoFounder & CEO at Spacious (acquired by WeWork)
August 15, 2018, Preston was a client of Mark's

Mark is an absolute pleasure to work with. We engaged with him in our earliest days to help Spacious frame and articulate our internal Mission, Vision, Values, and Purpose. He coached us to draw out our best ideas, and was a huge help in aligning the team around our reasons for being. I highly recommend.

**Brian S. Gross**
Founder, BSG Public Relations
April 18, 2012, Brian S. worked with Mark but at different companies

One of my favorite parts of the morning is to find the daily Flavorpill email in my inbox. Always a wonderful way to start the day.

## Accomplishments

**2  Languages**                                              ∨
English • French

**2  Projects**                                               ∨
Advisor for Spacious • Advisor for Of A Kind

**1  Publication**                                            ∨
Sex, Laws and Cyberspace: Freedom and Censorship on the Frontiers of the Online Revolution

## Interests

**Harvard Business Review**
10,200,785 followers

**The New York Times**
4,542,630 followers

**Richard Branson**
Founder at Virgin Group
17,120,240 followers

**Simon Sinek**
Optimist and Author at Simon Sinek Inc.
2,717,931 followers

**Gary Vaynerchuk**
Chairman of VaynerX, CEO of VaynerMedi...
4,029,079 followers

**Amazon**
13,597,696 followers

See all

**Promoted**

**Earn a Smarter Master's**
Learn Smarter with a flexible master's degree from Capella.
Learn more

**Catering your r event!**
Finally a SoCal cat your team will rave 100-1000 fed in 30
Learn more

Messaging



# EXHIBIT K

## U.S. District Court — Judicial Caseload Profile

**NEW YORK SOUTHERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Dec 31 2014 | Dec 31 2015 | Dec 31 2016 | Dec 31 2017 | Dec 31 2018 | Dec 31 2019 | U.S. | Circuit |
| **Overall Caseload Statistics** | | Filings [1] | 13,359 | 12,490 | 12,983 | 12,721 | 15,104 | 14,490 | | |
| | | Terminations | 13,375 | 13,196 | 13,772 | 12,179 | 13,094 | 14,971 | | |
| | | Pending | 18,706 | 17,972 | 17,191 | 17,255 | 19,239 | 18,685 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 8.5 | 16.0 | 11.6 | 13.9 | -4.1 | | 74 | 6 |
| | | Number of Judgeships | 28 | 28 | 28 | 28 | 28 | 28 | | |
| | | Vacant Judgeship Months [2] | 0.0 | 5.0 | 12.0 | 26.9 | 52.3 | 72.0 | | |
| **Actions per Judgeship** | **Filings** | Total | 477 | 446 | 464 | 454 | 539 | 518 | 42 | 3 |
| | | Civil | 411 | 380 | 374 | 379 | 457 | 442 | 23 | 3 |
| | | Criminal Felony | 44 | 46 | 58 | 49 | 53 | 48 | 86 | 5 |
| | | Supervised Release Hearings | 23 | 20 | 32 | 27 | 30 | 28 | 60 | 6 |
| | Pending Cases [2] | | 668 | 642 | 614 | 616 | 687 | 667 | 22 | 3 |
| | Weighted Filings [2] | | 432 | 458 | 463 | 467 | 575 | 582 | 23 | 2 |
| | Terminations | | 478 | 471 | 492 | 435 | 468 | 535 | 34 | 3 |
| | Trials Completed | | 14 | 14 | 15 | 15 | 15 | 14 | 57 | 2 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 15.4 | 16.2 | 13.1 | 14.0 | 14.0 | 14.7 | 84 | 5 |
| | | Civil [2] | 9.0 | 8.3 | 9.1 | 7.0 | 6.0 | 6.5 | 12 | 1 |
| | From Filing to Trial [2] (Civil Only) | | 31.4 | 25.3 | 28.3 | 29.4 | 33.0 | 31.1 | 37 | 1 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 3,202 / 22.9 | 2,452 / 18.2 | 2,244 / 18.2 | 2,379 / 19.1 | 2,664 / 18.6 | 2,927 / 20.9 | 86 | 6 |
| | Average Number of Felony Defendants Filed per Case | | 1.7 | 1.7 | 2.1 | 2.0 | 1.9 | 1.7 | | |
| | Jurors | Avg. Present for Jury Selection | 85.9 | 68.6 | 69.0 | 72.5 | 75.8 | 85.6 | | |
| | | Percent Not Selected or Challenged | 56.6 | 52.1 | 52.5 | 48.9 | 52.8 | 59.0 | | |

| 2019 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 12,384 | 551 | 428 | 1,073 | 24 | 82 | 1,142 | 1,138 | 931 | 1,268 | 3,855 | 53 | 1,839 |
| Criminal [1] | 1,327 | 3 | 533 | 54 | 140 | 383 | 61 | 39 | 4 | 11 | 24 | 16 | 59 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**DELAWARE**

| | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|
| | | Dec 31 2014 | Dec 31 2015 | Dec 31 2016 | Dec 31 2017 | Dec 31 2018 | Dec 31 2019 | U.S. | Circuit |
| **Overall Caseload Statistics** | Filings [1] | 1,809 | 1,450 | 1,562 | 2,080 | 2,259 | 2,619 | | |
| | Terminations | 2,231 | 1,920 | 1,428 | 1,982 | 2,050 | 2,434 | | |
| | Pending | 2,403 | 1,935 | 2,071 | 2,168 | 2,383 | 2,582 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | 44.8 | 80.6 | 67.7 | 25.9 | 15.9 | | 15 | 3 |
| | Number of Judgeships | 4 | 4 | 4 | 4 | 4 | 4 | | |
| | Vacant Judgeship Months [2] | 0.0 | 0.0 | 0.0 | 18.9 | 19.0 | 0.0 | | |
| **Actions per Judgeship** | **Filings** Total | 452 | 363 | 391 | 520 | 565 | 655 | 20 | 2 |
| | Civil | 428 | 338 | 361 | 493 | 537 | 616 | 8 | 2 |
| | Criminal Felony | 18 | 18 | 23 | 23 | 23 | 32 | 91 | 6 |
| | Supervised Release Hearings | 6 | 7 | 7 | 4 | 5 | 7 | 89 | 5 |
| | Pending Cases [2] | 601 | 484 | 518 | 542 | 596 | 646 | 23 | 3 |
| | Weighted Filings [2] | 785 | 541 | 505 | 810 | 951 | 1,115 | 3 | 1 |
| | Terminations | 558 | 480 | 357 | 496 | 513 | 609 | 22 | 2 |
| | Trials Completed | 21 | 15 | 15 | 16 | 13 | 21 | 32 | 3 |
| **Median Time (Months)** | From Filing to Disposition Criminal Felony | 10.8 | 14.7 | 10.5 | 13.0 | 10.5 | 7.8 | 22 | 1 |
| | Civil [2] | 10.9 | 12.6 | 9.2 | 6.0 | 5.5 | 5.3 | 5 | 1 |
| | From Filing to Trial [2] (Civil Only) | 29.2 | 27.7 | 24.5 | 27.1 | 28.7 | 30.9 | 35 | 2 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | 288 12.9 | 205 11.5 | 268 14.1 | 200 10.0 | 211 9.6 | 232 9.6 | 55 | 3 |
| | Average Number of Felony Defendants Filed per Case | 1.5 | 1.8 | 1.3 | 1.2 | 1.1 | 1.0 | | |
| | Jurors Avg. Present for Jury Selection | 42.4 | 64.1 | 55.0 | 59.6 | 70.6 | 43.5 | | |
| | Percent Not Selected or Challenged | 28.0 | 46.6 | 37.4 | 40.1 | 38.6 | 26.2 | | |

| 2019 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 2,464 | 25 | 61 | 163 | 2 | 2 | 19 | 151 | 48 | 1,054 | 102 | 10 | 827 |
| Criminal [1] | 127 | 1 | 34 | 45 | 18 | 8 | 3 | 4 | - | 2 | 9 | - | 3 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

# EXHIBIT L

**Page Vault**

| | |
|---|---|
| Document title: | Duane Morris LLP - Offices - New York (Broadway) |
| Capture URL: | https://www.duanemorris.com/offices/newyork_broadway.html |
| Captured site IP: | 54.192.30.37 |
| Page loaded at (UTC): | Fri, 24 Apr 2020 15:35:43 GMT |
| Capture timestamp (UTC): | Fri, 24 Apr 2020 15:36:30 GMT |
| Capture tool: | v6.13.15 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/70.0.3538.77 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 7 |
| Capture ID: | 6a1ae826-b10b-45f1-b6c8-f6da887b736c |
| User: | msk-general |





NEW YORK (BROADWAY)

Attorney Listing

Document title: Duane Morris LLP - Offices - New York (Broadway)
Capture URL: https://www.duanemorris.com/offices/newyork_broadway.html
Capture timestamp (UTC): Fri, 24 Apr 2020 15:36:30 GMT





Attorney Listing

## Overview | News and Publications | Events

Duane Morris' New York (Broadway) location provides a diverse range of services to domestic and international clients ranging from large multinational corporations to closely held entrepreneurial businesses. The firm maintains one of its largest contingents of attorneys in New York to better serve its clients operating within the many global industries (including financial services and insurance) that conduct business in the world's financial center. In February 2020, Duane Morris combined with Satterlee Stephens LLP, giving the firm a Park Avenue location, further strengthening its already robust NYC presence on Broadway.

### Range of Services

#### Corporate, Securities, Mergers and Acquisitions

Members of the Corporate Practice Group advise clients in connection with mergers and acquisitions, public and private offerings of equity and debt securities, corporate finance, corporate compliance, corporate governance and taxation. The attorneys have experience in negotiated acquisitions and divestitures, and defense against takeover attempts. Duane Morris lawyers regularly represent international clients in both domestic and cross-border transactions. The firm has experience with venture capital and private equity transactions, and works with many clients in developing and implementing creative strategies to accomplish their corporate finance and acquisition objectives.

Duane Morris also represents clients in a wide range of securities matters, including public offerings of debt or equity securities, as well as private offerings ranging from start-up financings and bridge offerings prior to initial public offerings to major placements of private limited partnerships or limited liability companies. The firm's attorneys represent clients in a myriad of securities offerings and regularly advise public companies on compliance with ongoing reporting obligations and other securities laws, including Sarbanes-Oxley Act compliance.

#### Business Reorganization and Financial Restructuring

Lawyers in the Business Reorganization and Financial Restructuring Practice Group work in tandem with each client, whether lender or other creditor, debtor, trustee or creditors' committee, to determine the best strategy for deriving maximum value from a troubled entity while simultaneously seeking to meet each client's goals. Clients draw on the firm's extensive reorganization experience as one of the most active bankruptcy practices in the United States with a national team of dozens of Duane Morris bankruptcy lawyers in numerous jurisdictions.

#### Complex Litigation and Alternative Dispute Resolution

Lawyers in Duane Morris' Trial Practice Group represent clients in all types of complex commercial litigation, from inception through trial and appeal. Duane Morris litigators are experienced in an array of areas, including securities, antitrust, intellectual property, environmental and real estate disputes. Members of the Trial Practice Group work closely with the firm's corporate and bankruptcy lawyers and often represent financial institutions. The firm's attorneys have represented numerous

### NEW YORK (BROADWAY)

**Duane Morris LLP**
**1540 Broadway**
**New York, NY 10036-4086**
**USA**

**Phone:** +1 212 692 1000
**Fax:** +1 212 692 1020

**Map & Directions**

*Building entrance on 45th Street, just east of Times Square.*

**New York at a Glance (Printable PDF)**



Lawyers in Duane Morris' Trial Practice Group represent clients in all types of complex commercial litigation, from inception through trial and appeal. Duane Morris litigators are experienced in an array of areas, including securities, antitrust, intellectual property, environmental and real estate disputes. Members of the Trial Practice Group work closely with the firm's corporate and bankruptcy lawyers and often represent financial institutions. The firm's attorneys have represented numerous international and national manufacturers in all forms of products liability and toxic tort litigation, including defense of product class actions, serving as national coordinating counsel, lead counsel, regional counsel or local counsel. Duane Morris also represents both individuals and corporations facing federal and state allegations of criminal conduct, including fraud, environmental crimes, securities violations, RICO violations, trade espionage and a variety of business-related offenses. In addition to representing clients in U.S. forums and before international tribunals, the firm also provides counsel on settling disputes without conventional litigation by using alternative dispute resolution and advises on methods to anticipate and avoid litigation.

## Financial Markets

The New York office of Duane Morris is the national headquarters of the firm's Financial Markets practice, a combination of the Trial and Corporate attorneys who represent securities, futures and derivatives firms, capital markets, institutional lenders, commercial lenders, clearing firms and individual professionals in these industries including broker-dealers, futures commission merchants, investment advisers, portfolio managers, commodity pool operators and advisors, and floor traders. Duane Morris provides start-up services, assisting clients in registration and formation. The firm also counsels clients regarding regulatory compliance and enforcement, managed investment programs and products offerings, criminal investigations and related arbitration and litigation, and strategic business planning. Duane Morris attorneys focus on problem prevention, including comprehensive reviews of clients' existing policies and procedures, and regulatory-style examinations to detect inappropriate practices and help clients prepare for compliance audits.

## Intellectual Property and IP Litigation

Duane Morris' intellectual property (IP) lawyers recognize the importance of clients' intellectual capital to the success of their businesses and understand how to uphold IP rights to increase opportunities for clients to enhance market share. Members of the firm's IP practice have played pivotal roles in the development of IP law and their ranks include highly trained patent attorneys with backgrounds in biosciences, materials, chemicals, polymers, electronics and telecommunications. Their experience includes trademarks and copyrights, patents, licensing agreements and brand protection, domestic and international.

Duane Morris lawyers have substantial experience across the U.S. in all areas of IP litigation, including jury trial experience on behalf of IP owners and accused infringers in patent, trademark, trade dress, copyright and trade secret cases. The firm's IP attorneys have also represented clients in mediation, arbitration, inter partes proceedings before the U.S. Patent and Trademark Office, and before appellate courts concerning IP matters.

## White-Collar Criminal Litigation

Duane Morris counsels both individuals and corporations facing federal and state allegations of criminal conduct. The firm's lawyers advise clients accused of Medicare/Medicaid fraud and abuse, environmental crimes, securities violations, criminal tax fraud, fraud in government procurement, RICO violations, trade espionage and a variety of business-related offenses. Duane Morris attorneys also have extensive experience leading internal investigations.

## Public, Project and Structured Finance

Duane Morris attorneys represent clients in numerous types of transactions covering nearly every aspect of municipal, project and structured finance transactions. The firm's lawyers have extensive experience with financings involving corporations and financial institutions on a regional, national and international level. Duane Morris public finance attorneys represent national and regional investment banking firms underwriting tax-exempt and taxable state and local government debt, act as bond counsel and special tax counsel for issuers and represent domestic and foreign institutions providing credit enhancement for tax-exempt financing. The firm's project and structured finance attorneys represent clients in securitized and syndicated loans,

Document title: Duane Morris LLP - Offices - New York (Broadway)
Capture URL: https://www.duanemorris.com/offices/newyork_broadway.html
Capture timestamp (UTC): Fri, 24 Apr 2020 15:36:30 GMT



financial institutions on a regional, national and international level. Duane Morris public finance attorneys represent national and regional investment banking firms underwriting tax-exempt and taxable state and local government debt, act as bond counsel and special tax counsel for issuers and represent domestic and foreign institutions providing credit enhancement for tax-exempt financing. The firm's project and structured finance attorneys represent clients in securitized and syndicated loans, participating and convertible loans, mezzanine and other hybrid loans and credit lease, synthetic lease and government lease financings.

### Real Estate

Duane Morris' real estate attorneys represent a broad range of high-profile institutional and individual clients in all aspects of real estate transactions and related matters. The Real Estate Practice Group handles real estate acquisitions and dispositions, financings, workouts and restructurings, development and leasing, land use and zoning issues.

### Construction Group

Duane Morris' Construction Group has extensive experience in handling both transaction and litigation issues that arise in the design, development, financing, performance, management and close-out of major private, public and public-private partnership construction projects. The firm's representations include public and private owners and developers, construction managers, prime contractors, subcontractors, equipment suppliers, architects, engineers and other design professionals as well as sureties on a multitude of project segments (industrial, utility, energy, commercial and green building/sustainable projects) and a wide range of delivery systems (design-bid-build, design-build, CM and PPP) and on emerging technologies, such as BIM.





### Insurance and Reinsurance Law

Industry publications have recognized Duane Morris as having one of the top Insurance practices in the United States. Attorneys in the Insurance and Reinsurance Practice Group have been engaged in representations of insurance industry interests for many years, having served as counsel to numerous property/casualty insurance companies, life insurance companies, reinsurance companies, HMOs and PPOs, rating bureaus, captive insurers offshore, and alternative market entities and guaranty associations. The firm has also represented underwriters of public offerings of insurance securities.

Duane Morris' background in the industry contributes to the firm's ability to address client concerns effectively. Duane Morris attorneys have an in-depth understanding of actuarial, underwriting and policy coverage matters affecting the business and legal issues of insurance industry clients. The firm has handled matters affecting financial examinations, market conduct examinations and other regulatory issues as well as general corporate matters.

### International

Duane Morris' International Practice Group integrates the services of attorneys from various disciplines who practice around the world, creating a global infrastructure of not only international experience, but also enhanced sensitivity to cultural differences. In the area of international trade regulation, the firm provides advice regarding domestic and international regulatory and commercial aspects of trade in goods and services, including product labeling and other domestic and foreign regulations that affect imports and exports. The firm's lawyers regularly counsel companies with international operations in a wide variety of cross-border transactional matters and represent clients from all over the world with business and investment interests around the globe.

### Employment Law and Management Labor Relations

Duane Morris' lawyers represent employers of all sizes in a broad spectrum of labor and employment matters, including equal employment opportunity compliance and litigation, statutory compliance and litigation defense and employment termination. The firm's attorneys provide a full range of labor relations services, representing clients in union-organizing campaigns, proceedings before the National Labor Relations Board, negotiations of labor contracts and disputes over labor contract provisions. The group assists employers in protecting their proprietary information and in enforcing noncompetition and nonsolicitation agreements. Duane Morris lawyers emphasize policies to prevent employment problems through problem



The firm's attorneys provide a full range of labor relations services, representing clients in union-organizing campaigns, proceedings before the National Labor Relations Board, negotiations of labor contracts and disputes over labor contract provisions. The group assists employers in protecting their proprietary information and in enforcing noncompetition and nonsolicitation agreements. Duane Morris lawyers emphasize policies to prevent employment problems through problem prevention programs and services, including seminars and workshops, customized training programs and employment practice audits.

### Energy, Environment and Resources

Duane Morris energy attorneys assist clients with advisory, regulatory, litigation and legislative matters involving water, natural resources, energy and environmental issues. These attorneys are frequently called upon to counsel clients with respect to their interactions with federal, state and municipal authorities as well as with industry participants. To better focus the firm's energy industry experience, the firm has established national groups concentrating on Nuclear as well as Renewable Energy and Sustainability. The groups include lawyers throughout the country in a cross-cutting team with the ability to represent the firm's clients from the inception of a project, including intellectual property; in the permitting stage, often by addressing construction claims; and in later stages regarding matters of a corporate nature. Our attorneys have been involved in multibillion-dollar transactions and successfully litigated significant cases before agencies and courts on complex regulatory issues. Representative transactions include mergers and acquisitions, capital market transactions, international joint ventures, real estate and environmental issues, project finance and both secured and unsecured lending arrangements.

### Health Law

In one of the most regulated industries in the United States, Duane Morris' healthcare attorneys provide innovative solutions to assist healthcare providers in protecting their assets and increasing their overall profitability while remaining compliant with federal and state laws and regulations. The firm's healthcare clients benefit from one of the most experienced healthcare practice groups in the country. Duane Morris advises a wide range of healthcare organizations, hospitals and clinical professionals in regulatory and corporate matters, contract and commercial litigation, labor and employment, real estate, compliance, managed care, credentialing, reimbursement and taxation issues. When the uncertainty that characterizes the healthcare system spills over into legal disputes, Duane Morris lawyers represent clients in courts, arbitration and mediation sessions, and administrative proceedings.

### Information Technology and Telecommunications

Duane Morris has assembled a dedicated group of attorneys possessing specific industry knowledge and interdisciplinary skills to address the transactional, finance, regulatory and dispute resolution aspects of structuring and implementing a wide range of information technologies and telecommunications projects.

### Private Client Services

Duane Morris' Private Client Services Practice Group represents a broad range of closely held business owners and other high net worth individuals with respect to their personal and professional planning. The firm provides estates, trusts, asset planning and related litigation services to individuals, business owners, charitable organizations and fiduciaries. The Private Client Services attorneys have significant experience in the settlement of decedents' estates, fiduciary income tax matters, administration of trusts and counseling on family matters. Throughout each relationship with clients, Duane Morris attorneys work to minimize tax exposure and implement creative strategies to preserve capital and transfer resources within the client's family and to next generations. The firm also provides all aspects of fiduciary litigation services related to probate, trust and guardianship administration.

### Tax

Members of the Duane Morris Tax Practice Group are an integral part of the firm's transactional practice. Tax attorneys work closely with the firm's corporate and finance lawyers to structure and effectuate complex transactions from a tax perspective. Duane Morris represent business enterprises operating as corporations, partnerships or limited liability companies, advising both foreign-owned and U.S.-based multinationals on international and domestic acquisitions and reorganizations, as well as

Document title: Duane Morris LLP - Offices - New York (Broadway)
Capture URL: https://www.duanemorris.com/offices/newyork_broadway.html
Capture timestamp (UTC): Fri, 24 Apr 2020 15:36:30 GMT

In one of the most regulated industries in the United States, Duane Morris' healthcare attorneys provide innovative solutions to assist healthcare providers in protecting their assets and increasing their overall profitability while remaining compliant with federal and state laws and regulations. The firm's healthcare clients benefit from one of the most experienced healthcare practice groups in the country. Duane Morris advises a wide range of healthcare organizations, hospitals and clinical professionals in regulatory and corporate matters, contract and commercial litigation, labor and employment, real estate, compliance, managed care, credentialing, reimbursement and taxation issues. When the uncertainty that characterizes the healthcare system spills over into legal disputes, Duane Morris lawyers represent clients in courts, arbitration and mediation sessions, and administrative proceedings.

### Information Technology and Telecommunications

Duane Morris has assembled a dedicated group of attorneys possessing specific industry knowledge and interdisciplinary skills to address the transactional, finance, regulatory and dispute resolution aspects of structuring and implementing a wide range of information technologies and telecommunications projects.

### Private Client Services

Duane Morris' Private Client Services Practice Group represents a broad range of closely held business owners and other high net worth individuals with respect to their personal and professional planning. The firm provides estates, trusts, asset planning and related litigation services to individuals, business owners, charitable organizations and fiduciaries. The Private Client Services attorneys have significant experience in the settlement of decedents' estates, fiduciary income tax matters, administration of trusts and counseling on family matters. Throughout each relationship with clients, Duane Morris attorneys work to minimize tax exposure and implement creative strategies to preserve capital and transfer resources within the client's family and to next generations. The firm also provides all aspects of fiduciary litigation services related to probate, trust and guardianship administration.

### Tax

Members of the Duane Morris Tax Practice Group are an integral part of the firm's transactional practice. Tax attorneys work closely with the firm's corporate and finance lawyers to structure and effectuate complex transactions from a tax perspective. Duane Morris represent business enterprises operating as corporations, partnerships or limited liability companies, advising both foreign-owned and U.S.-based multinationals on international and domestic acquisitions and reorganizations, as well as providing federal, state and local tax counsel. Many of the firm's lawyers are frequently sought out to publish and speak to groups of professionals and laypersons alike and serve as consultants in their fields to other professional advisors.

## For More Information

For more information, please contact Michael D. Grohman, James J. Coster or any of the lawyers referenced in the Attorney Listing.

Search the site...

Search for a person...

Legal Notices : Privacy Policy : Attorney Advertising : Accessibility : Careers : Alumni : Site Map : Contact Us : Other Languages

Duane Morris LLP & Affiliates. © 1998-2020 Duane Morris LLP. Duane Morris is a registered service mark of Duane Morris LLP.

