# EXHIBIT B

















