# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**
VAu 990-319

**Effective date of registration:**
June 8, 2009

---

### Title
**Title of Work:** N-46

### Completion/ Publication
**Year of Completion:** 2009

### Author
- **Author:** Tom Hussey
- **Author Created:** photograph(s)
- **Citizen of:** United States
- **Domiciled in:** United States

### Copyright claimant
**Copyright Claimant:** Tom Hussey
154 Express Street, Dallas, TX, 75207, United States

### Rights and Permissions
- **Organization Name:** TOM HUSSEY Photography, LLC
- **Name:** Tom Hussey
- **Email:** me@tomhussey.com
- **Telephone:** 214-741-4034
- **Address:** 154 Express Street
  Dallas, TX 75207 United States

### Certification
- **Name:** Tom Hussey
- **Date:** June 8, 2009
- **Applicant's Tracking Number:** N-46 Copyright

---

**Correspondence:** Yes

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-168-199**
**Effective Date of Registration:**
June 19, 2019
**Registration Decision Date:**
September 06, 2019

## Title

**Title of Work:** IMAGE 274

## Completion/Publication

**Year of Completion:** 2001
**Date of 1st Publication:** December 31, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** Tom Hussey
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Tom Hussey Photography, LLC
154 Express Street, Dallas, TX, 75207, United States
**Transfer statement:** By Assignment

## Certification

**Name:** MARK A. STEINER
**Date:** June 19, 2019
**Applicant's Tracking Number:** U3355-00200

Page 1 of 1

**Registration #:** VA0002168199
**Service Request #:** 1-7801661111


RECEIVED
SEP 2 3 2019
BY:



Duane Morris LLP
MARK A. STEINER
Spear Tower, One Market Plaza
Suite 2200
San Francisco, CA 94105-1127 United States