# EXHIBIT E

# Bustle DMCA Copyright Policy

BDG Media Inc. ("Company") has adopted the following general policy toward copyright infringement in accordance with the Digital Millennium Copyright Act (http://lcweb.loc.gov/copyright/legislation/dmca.pdf). The address of the Designated Agent to Receive Notification of Claimed Infringement ("Designated Agent") is listed at the end of this policy.

Procedure for Reporting Copyright Infringement:

If you believe that material or content residing on or accessible through Company's websites or services infringes a copyright, please send a notice of copyright infringement containing the following information to the Designated Agent listed below:

- A physical or electronic signature of a person authorized to act on behalf of the owner of the copyright that has been allegedly infringed;
- Identification of works or materials being infringed;
- Identification of the material that is claimed to be infringing including information regarding the location of the infringing materials that the copyright owner seeks to have removed, with sufficient detail so that Company is capable of finding and verifying its existence;
- Contact information about the notifier including address, telephone number and, if available, e-mail address;
- A statement that the notifier has a good faith belief that the material is not authorized by the copyright owner, its agent, or the law; and
- A statement made under penalty of perjury that the information provided is accurate and the notifying party is authorized to make the complaint on behalf of the copyright owner.

Please contact the Designated Agent to Receive Notification of Claimed Infringement for Company at: **legalnotices@bustle.com**

Bustle 315 Park Ave S, 11th Floor New York, NY 10010, USA