EXHIBIT G



        


















(Photo credit: Emily Martin / Courtesy William Morrow Books)

# Photo Gallery: Reflection of Time

Photography | By Caroline Stanley | March 23, 2011





For his series *Mirrors*, Dallas-based photographer Tom Hussey paired images of elderly subjects with reflections of the "younger versions" of themselves. The results were so impressive that they were used in an award-winning ad campaign for an Alzheimer's drug.

"I was talking with a World War II veteran, Gardner, about his life experiences," says Hussey, explaining the genesis of the project. "He was about to have his 80th birthday. He commented that he didn't understand how he could be 80 years old as he felt he was still a young man. He just didn't feel it was possible he could be 80 years old. I started thinking about a milestone age approaching for me, as I was nearing 40. I realized that everyone thinks of themselves at a certain age or time in life. I built a bathroom set and photographed Gardner staring into his bathroom mirror and seeing himself as a 25-year-old young man." Click through to check out a gallery of images.

Photo credit: Tom Hussey

## RECENT POSTS

Book Excerpt: A New Perspective on a Classic in 'Marilla of Green Gables'

The 6 Best Scary Movies to Buy or Stream This Week

11 Movies To See From This Year's Tallgrass Film Festival

Clever Art Inspired by Pop Culture's Fictional Products

### Subscribe To Our Newsletter

your@email.com

SUBSCRIBE

ADVERTISING



   

| ART | MUSIC | ABOUT | CONTACT |
| BOOKS | TV | ADVERTISE | TERMS |
| FILM | | CAREERS | PRIVACY |

Modified: 25 Oct 2018  Screenshot: 25 Oct 2018 17:08:42    @2016 Flavorpill Media. All Rights Reserved. Powered by WordPress.com VIP









(Photo credit: Emily Martin / Courtesy William Morrow Books)

## Photo Gallery: Reflection of Time

Photography | By Caroline Stanley | March 23, 2011







Photo credit: Tom Hussey

### RECENT POSTS

Book Excerpt: A New Perspective on a Classic in 'Marilla of Green Gables'

The 6 Best Scary Movies to Buy or Stream This Week

11 Movies To See From This Year's Tallgrass Film Festival

Clever Art Inspired by Pop Culture's Fictional Products

### Subscribe To Our Newsletter

your@email.com

SUBSCRIBE

ADVERTISING







| ART | MUSIC | ABOUT | CONTACT |
| BOOKS | TV | ADVERTISE | TERMS |
| FILM | | CAREERS | PRIVACY |

@2016 Flavorpill Media. All Rights Reserved. Powered by WordPress.com VIP






(Photo credit: Emily Martin / Courtesy William Morrow Books)

## Photo Gallery: Reflection of Time

Photography | By Caroline Stanley | March 23, 2011







Photo credit: Tom Hussey

### RECENT POSTS

Book Excerpt: A New Perspective on a Classic in 'Marilla of Green Gables'

The 6 Best Scary Movies to Buy or Stream This Week

11 Movies To See From This Year's Tallgrass Film Festival

Clever Art Inspired by Pop Culture's Fictional Products

### Subscribe To Our Newsletter

your@email.com

SUBSCRIBE

ADVERTISING



| ART | MUSIC | ABOUT | CONTACT |
| BOOKS | TV | ADVERTISE | TERMS |
| FILM | | CAREERS | PRIVACY |





@2016 Flavorpill Media. All Rights Reserved. Powered by WordPress.com VIP



(Photo credit: Emily Martin / Courtesy William Morrow Books)

# Photo Gallery: Reflection of Time

Photography | By Caroline Stanley | March 23, 2011



Photo credit: Tom Hussey

## RECENT POSTS

Book Excerpt: A New Perspective on a Classic in 'Marilla of Green Gables'

The 6 Best Scary Movies to Buy or Stream This Week

11 Movies To See From This Year's Tallgrass Film Festival

Clever Art Inspired by Pop Culture's Fictional Products

### Subscribe To Our Newsletter

your@email.com

SUBSCRIBE

ADVERTISING



| ART | MUSIC | ABOUT | CONTACT |
| BOOKS | TV | ADVERTISE | TERMS |
| FILM | | CAREERS | PRIVACY |

Modified: 25 Oct 2018   Screenshot: 25 Oct 2018 17:46:30

@2016 Flavorpill Media. All Rights Reserved. Powered by WordPress.com VIP