# EXHIBIT J

http://flavorwire.com/614918/11-movies-to-see-from-this-years-tallgrass-film-festival    Go    SEP **OCT** DEC
24 captures                                                                                    ◀ **25** ▶
23 Oct 2018 - 20 Oct 2020                                                                  2017 **2018** 2020
About this capture



(Tallgrass Film Festival)

# 11 Movies To See From This Year's Tallgrass Film Festival

Our capsule reviews of 'This is Love,' 'Bikini Moon,' 'Silver Lake,' and more.

Film (https://web.archive.org/web/20181025033934/http://flavorwire.com/category/film) | By Jason Bailey (https://web.archive.org/web/20181025033934/http://flavorwire.com/author/jason605) | October 22, 2018

I've sung the praises (https://web.archive.org/web/20181025033934/http://flavorwire.com/339573/the-best-under-the-radar-film-festivals) of the Tallgrass Film Festival on these pages before, with fully acknowledged bias: it's my hometown film festival, which I've covered since its inception. (I even placed a short film in its inaugural edition.) The festival's 16th edition, held last weekend in Wichita, Kansas, continued the traditions they've cultivated over the past century and half: appreciations of legends (Pam Grier, winner of this year's Ad Astra Award) and up-and-comers (Martin Starr, this year's "Soaring Talent Award" winner); indies from other festivals that *probably* wouldn't make their way to this mid-sized, Midwest market otherwise; and premieres of titles with lower budgets and/or local interest. Here's a rundown of what I saw in Wichita, including a few to keep an eye out for in your market.





http://flavorwire.com/614918/11-movies-to-see-from-this-years-tallgrass-film-festival    Go    SEP **OCT** DEC
**24 captures**                                                                                              ◀ **25** ▶
23 Oct 2018 - 20 Oct 2020                                                                              2017 **2018** 2020

*This is Love*

Rudy Love is a local legend in Wichita. He's a wildly gifted musician and songwriter who turned his giant family into a soul/funk band, and kept brushing up against making it big without ever quite closing the deal. He became something of a *Zelig* figure in the history of soul music, popping up here and there with a songwriting credit or backup singing job, and when those ran out, he kept coming back to Wichita, doing local gigs and sessions in basements studios. Director John Alexander's pacing is relentless and his cutting is hyper-kinetic, a choice that will alienate some viewers, but it fits; he replicates the energy of the music, and also has a *lot* of story to fit in, of Love's many, many near-misses with fame, screwed by shady record execs and unfortunate timing, always going back to the music, because that's all he could rely on. Love's warmth and generosity made him an easy mark — but they also make him an ideal documentary subject.




(https://w
movies-
to-
see-
from-
this-
years-
tallgrass-
film-
festival/2

CONDOLA RASHAD (HTTPS://WEB.ARCHIVE.ORG/WEB/20181025033934/HTTP://FLAVORWIRE.COM/TAG/CONDOLA-RASHAD)    DANA ADAM SHAPIRO (HTTPS://WEB.ARCHIVE.ORG/WEB/20181025033934/HTTP://FLAVORWIRE.COM/TAG/DANA-ADAM-SHAPIRO)    MARTIN STARR (HTTPS://WEB.ARCHIVE.ORG/WEB/20181025033934/HTTP://FLAVORWIRE.COM/TAG/MARTIN-STARR)    PAM GRIER (HTTPS://WEB.ARCHIVE.ORG/WEB/20181025033934/HTTP://FLAVORWIRE.COM/TAG/PAM-GRIER)    RUDY LOVE (HTTPS://WEB.ARCHIVE.ORG/WEB/20181025033934/HTTP://FLAVORWIRE.COM/TAG/RUDY-LOVE)    TALLGRASS FILM FESTIVAL (HTTPS://WEB.ARCHIVE.ORG/WEB/20181025033934/HTTP://FLAVORWIRE.COM/TAG/TALLGRASS-FILM-FESTIVAL)

 SHARE

 TWEET

 EMAIL

Subscribe To Our Newsletter

your@email.com

SUBSCRIBE

http://flavorwire.com/614918/11-movies-to-see-from-this-years-tallgrass-film-festival   Go   SEP **OCT** DEC
**25**
**2018**
24 captures
23 Oct 2018 - 20 Oct 2020                                                                                          2017  2020   ▼ About this capture

# FLAVORWIRE (https://web.archive.org/web/20181025033934/http://flavorwire.com/)

**f** (HTTPS://WEB.ARCHIVE.ORG/WEB/20181025033934/HTTPS://WWW.FACEBOOK.COM/FLAVORWIRE/)

**🐦** (HTTPS://WEB.ARCHIVE.ORG/WEB/20181025033934/HTTPS://TWITTER.COM/FLAVORWIRE)

**ⓟ** (HTTPS://WEB.ARCHIVE.ORG/WEB/20181025033934/HTTPS://WWW.PINTEREST.COM/FLAVORWIRE/)

**t** (HTTPS://WEB.ARCHIVE.ORG/WEB/20181025033934/HTTP://FLAVORWIRE.TUMBLR.COM/)

**📷** (HTTPS://WEB.ARCHIVE.ORG/WEB/20181025033934/HTTPS://WWW.INSTAGRAM.COM/FLAVORWIRE/)

| ART (/WEB/20181025033934/HTTP://FLAVORWIRE.COM/CATEGORY/VISUAL-ARTS) | ABOUT (/WEB/20181025033934/HTTP://FLAVORWIRE.COM/ABOUT-US) | TERMS (/WEB/20181025033934/HTTP://FLAVORWIRE.COM/TERMS) |
| BOOKS (/WEB/20181025033934/HTTP://FLAVORWIRE.COM/CATEGORY/BOOKS) | CONTACT (HTTPS://WEB.ARCHIVE.ORG/WEB/20181025033934/MAILTO:CONTACT@FLAVORWIRE.COM) | PRIVACY (/WEB/20181025033934/HTTP://FLAVORWIRE.COM/PRIVACY-POLICY) |
| FILM (/WEB/20181025033934/HTTP://FLAVORWIRE.COM/CATEGORY/FILM) | ADVERTISE (HTTPS://WEB.ARCHIVE.ORG/WEB/20181025033934/HTTP://WWW.FORMSTACK.COM/FORMS/?1351569-TSODE7UMRW) | |
| MUSIC (/WEB/20181025033934/HTTP://FLAVORWIRE.COM/CATEGORY/MUSIC) | CAREERS (HTTPS://WEB.ARCHIVE.ORG/WEB/20181025033934/HTTP://JOBS.FLAVORPILL.COM/) | |
| TV (/WEB/20181025033934/HTTP://FLAVORWIRE.COM/CATEGORY/TELEVISION) | | |

@2016 Flavorpill Media (https://web.archive.org/web/20181025033934/http://flavorpillmedia.com/). All Rights Reserved. Powered by WordPress.com VIP (https://web.archive.org/web/20181025033934/https://vip.wordpress.com/?utm_source=vip_powered_wpcom&utm_medium=web&utm_campaign=VIP%20Footer%20Credit&utm_term=flavorwire.com)