# EXHIBIT K



("Treasure Chest of Fun" by Chet Phillips, courtesy Gallery1988)

## Clever Art Inspired by Pop Culture's Fictional Products

Gallery1988's latest "Product Placement" show includes art inspired by 'Twin Peaks: The Return,' 'Halloween,' Harry Potter, and more.

Art (https://web.archive.org/web/20181025033923/http://flavorwire.com/category/visual-arts) | By Flavorwire Staff (https://web.archive.org/web/20181025033923/http://flavorwire.com/author/flavorwire) | October 22, 2018

"Product Placement" is one of the most venerable series at the pop culture-loving (https://web.archive.org/web/20181025033923/http://flavorwire.com/tag/gallery1988) Gallery1988 — we shared images (https://web.archive.org/web/20181025033923/http://flavorwire.com/376060/imaginative-ads-for-pop-cultures-most-famous-fictional-products) from the very first one, five long years ago — and for good reason: if you've watched *Idiocracy* enough times (if you can stand to these days), you might wonder what a print ad for Brawndo might look like, and they've commissioned artists to answer that question for you. This year's edition runs through October 27 at their gallery in Los Angeles, but if you can't make it (or need some motivation to do so), here are some of our very favorite images from the show.

("What Plants Crave!" by Nate Bear, courtesy Gallery1988)




(https://w art-inspired-by-pop-cultures-fictional-products/

EVIL DEAD (HTTPS://WEB.ARCHIVE.ORG/WEB/20181025033923/HTTP://FLAVORWIRE.COM/TAG/EVIL-DEAD)     GALLERY1988 (HTTPS://WEB.ARCHIVE.ORG/WEB/20181025033923/HTTP://FLAVORWIRE.COM/TAG/GALLERY1988)     HALLOWEEN (HTTPS://WEB.ARCHIVE.ORG/WEB/20181025033923/HTTP://FLAVORWIRE.COM/TAG/HALLOWEEN)     HARRY POTTER (HTTPS://WEB.ARCHIVE.ORG/WEB/20181025033923/HTTP://FLAVORWIRE.COM/TAG/HARRY-POTTER)     IDIOCRACY (HTTPS://WEB.ARCHIVE.ORG/WEB/20181025033923/HTTP://FLAVORWIRE.COM/TAG/IDIOCRACY)     ISLE OF DOGS (HTTPS://WEB.ARCHIVE.OR

STAR WARS (HTTPS://WEB.ARCHIVE.ORG/WEB/20181025033923/HTTP://FLAVORWIRE.COM/TAG/STAR-WARS) TWIN PEAKS: THE RETURN (HTTPS://WEB.ARCHIVE.ORG/WEB/20181025033923/HTTP://FLAVORWIRE.COM/TAG/TWIN-PEAKS-THE-RETURN) WAYNE'S WORLD (HTTPS://WEB.ARCHIVE.ORG/WEB/20181025033923/HTTP://FLAVORWIRE.COM/TAG/WAYNES-WORLD) WILLY WONKA AND THE CHOCOLATE FACTORY (HTTPS://WEB.ARCHIVE.ORG/WEB/20181025033923/HTTP://FLAVORWIRE.COM/TAG/WILLY-WONKA-AND-THE-CHOCOLATE-FACTORY)

SHARE

TWEET

EMAIL

## Subscribe To Our Newsletter

your@email.com

SUBSCRIBE

(https://web.archive.org/web/20181025033923/http://flavorwire.com/)

(HTTPS://WEB.ARCHIVE.ORG/WEB/20181025033923/HTTPS://WWW.FACEBOOK.COM/FLAVORWIRE/)

(HTTPS://WEB.ARCHIVE.ORG/WEB/20181025033923/HTTPS://TWITTER.COM/FLAVORWIRE)

(HTTPS://WEB.ARCHIVE.ORG/WEB/20181025033923/HTTPS://WWW.PINTEREST.COM/FLAVORWIRE/)

(HTTPS://WEB.ARCHIVE.ORG/WEB/20181025033923/HTTP://FLAVORWIRE.TUMBLR.COM/)

(HTTPS://WEB.ARCHIVE.ORG/WEB/20181025033923/HTTPS://WWW.INSTAGRAM.COM/FLAVORWIRE/)

http://flavorwire.com/614882/clever-art-inspired-by-pop-cultures-fictional-products
Go SEP OCT DEC
38 captures 25
22 Oct 2018 - 21 Oct 2020 2017 2018 2020
About this capture

COVER (/WEB/20181025033923/HTTP://FLAVORWIRE.COM/CATEGORY/ARTS)

ABOUT (/WEB/20181025033923/HTTP://FLAVORWIRE.COM/ABOUT-US)

TERMS (/WEB/20181025033923/HTTP://FLAVORWIRE.COM/PRIVACY-POLICY)

BOOKS (/WEB/20181025033923/HTTP://FLAVORWIRE.COM/CATEGORY/BOOKS)

CONTACT (HTTPS://WEB.ARCHIVE.ORG/WEB/20181025033923/MAILTO:CONTACT@FLAVORWIRE.COM)

FILM (/WEB/20181025033923/HTTP://FLAVORWIRE.COM/CATEGORY/FILM)

ADVERTISE (HTTPS://WEB.ARCHIVE.ORG/WEB/20181025033923/HTTP://WWW.FORMSTACK.COM/FORMS/?1351569-TSODE7UMRW)

MUSIC (/WEB/20181025033923/HTTP://FLAVORWIRE.COM/CATEGORY/MUSIC)

CAREERS (HTTPS://WEB.ARCHIVE.ORG/WEB/20181025033923/HTTP://JOBS.FLAVORPILL.COM/)

TV (/WEB/20181025033923/HTTP://FLAVORWIRE.COM/CATEGORY/TELEVISION)

@2016 Flavorpill Media (https://web.archive.org/web/20181025033923/http://flavorpillmedia.com/). All Rights Reserved. Powered by WordPress.com VIP (https://web.archive.org/web/20181025033923/https://vip.wordpress.com/?utm_source=vip_powered_wpcom&utm_medium=web&utm_campaign=VIP%20Footer%20Credit&utm_term=flavorwire.com)