# EXHIBIT L

```xml
</url>
<url>
    <loc>https://www.flavorwire.com/164081/whats-on-at-flavorpill-the-links-that-made-the-rounds-in-our-office-161</loc>
    <lastmod>2019-07-31T21:38:31.960Z</lastmod>
</url>
<url>
    <loc>https://www.flavorwire.com/164173/elizabeth-taylor-rip</loc>
    <lastmod>2019-08-12T16:04:29.303Z</lastmod>
</url>
<url>
    <loc>https://www.flavorwire.com/164201/photo-gallery-reflection-of-time</loc>
    <lastmod>2019-08-12T16:01:49.342Z</lastmod>
</url>
<url>
    <loc>https://www.flavorwire.com/162469/affordable-art-from-some-of-the-worlds-most-famous-artists</loc>
    <lastmod>2019-08-01T01:59:50.857Z</lastmod>
</url>
<url>
    <loc>https://www.flavorwire.com/164263/awesome-infographic-how-to-beat-the-salad-bar</loc>
    <lastmod>2019-07-31T21:38:31.213Z</lastmod>
</url>
<url>
    <loc>https://www.flavorwire.com/163753/10-historical-figures-and-events-pop-culture-has-exhausted</loc>
    <lastmod>2019-08-01T01:58:14.861Z</lastmod>
</url>
<url>
    <loc>https://www.flavorwire.com/164317/required-viewing-elizabeth-taylors-best-roles</loc>
    <lastmod>2019-07-31T21:38:30.872Z</lastmod>
</url>
<url>
    <loc>https://www.flavorwire.com/164185/nude-in-public-a-photographic-survey-nsfw</loc>
    <lastmod>2019-08-12T16:06:58.375Z</lastmod>
</url>
<url>
    <loc>https://www.flavorwire.com/164256/yoshi-sodeokas-70s-concept-album-inspired-videos</loc>
    <lastmod>2019-07-31T21:38:30.467Z</lastmod>
</url>
<url>
    <loc>https://www.flavorwire.com/162580/what-are-the-zines-that-changed-your-life</loc>
    <lastmod>2019-08-01T01:57:38.953Z</lastmod>
</url>
<url>
    <loc>https://www.flavorwire.com/164342/way-out-roald-dahl-tv-show</loc>
    <lastmod>2019-07-31T21:38:30.586Z</lastmod>
</url>
```