# EXHIBIT M

Pinterest | Today | Explore | Search for easy dinners, fashion, etc. | Case 1:21-cv-03514-AT-JLC   Document 26-14   Filed 03/03/21   Page 2 of 3 | Log in | Sign up

Explore > Art > Photography > Types Of Photography > Reportage Photography



Article from **flavorwire.com**

## Photo Gallery: Reflection of Time

For his series Mirrors, Dallas-based photographer Tom Hussey paired images of elderly subjects with reflections of the "younger versions" of themselves. The results were so impressive that they were used in an...

 Article by **Flavorwire**

## People also love these ideas


**Architectural Columns at the Palais de Tokyo Explo...**
Recently installed at the Palais de Tokyo in Paris, this gigantic...
 Colossal
Art


**Age, Snapped, a photography exhibition...**
A coalition of charities including Age Concern and Help the Age...
 Suzannah Churchman
Young eyes on old faces,Tom Hussey,Bjorn Wad


**Awesome then and now picture spliced together**
5709 views on Imgur: The magic of the Internet
 Mike Ensor
Art and Creative Design


**The 20 greatest selfies of the year from all over...**
For those who think that taking photographs of yourself on you...
 Audrey Lewis

 Privacy

Pinterest    Today    Explore    Search for easy dinners, fashion, etc.    Log in    Sign up



Article from **flavorwire.com**

# Photo Gallery: Reflection of Time

For his series Mirrors, Dallas-based photographer Tom Hussey paired images of elderly subjects with reflections of the "younger versions" of themselves. The results were so impressive that they were used in an...

Article by Flavorwire     1

## People also love these ideas



**"It's a universal condition — at some point in your...**
Tom Hussey created a series of poignant portraits.
 airee t — ads+design



**"It's a universal condition — at some point in your...**
Tom Hussey created a series of poignant portraits.
 Brian Geenbaur — Miscellaneous Cool Stuff



**Remembering who they were: The haunting photo...**
These haunting images show the devastating effects of...
 Leslie Berns — Portraits



**Joanne Woodward in The...**





**A veteran photo project that shows what can't...**
The Veteran Art Project seeks to capture the experience of...
 Kristin O'Malley — Photographs that Inspire

 Privacy