UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/2021

TOM HUSSEY PHOTOGRAPHY, LLC,

                Plaintiff,

-against-

BDG MEDIA, INC.,

                Defendant.

21 Civ. 3514 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On March 17, 2021, Defendant filed a motion to dismiss in the District of Delaware (the "Motion"). ECF No. 27. The Motion was partially briefed in that district. ECF Nos. 28, 34. On April 6, 2021, the Honorable Maryellen Noreika ordered the case transferred to this district, and declined to rule on the Motion. ECF No. 35. The case was assigned to this Court. Accordingly,

1) In light of the transfer to this district, by **June 2, 2021**, Defendant shall file a supplemental brief, updating ECF No. 28 with caselaw from this circuit where possible;
2) By **June 23, 2021**, Plaintiff shall file its supplemental opposition papers; and
3) By **July 7, 2021**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: April 28, 2021
      New York, New York

_____
ANALISA TORRES
United States District Judge