

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Eleanor M. Lackman
Partner
(212) 878-4890 Phone
eml@msk.com

October 8, 2021

**BY ECF**

The Honorable James L. Cott, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 21D
New York, NY 10007-1312

Re:     <u>Tom Hussey Photography, LLC v. BDG Media, Inc.</u>, 21-cv-03514 (AT) (the "Action")

Dear Judge Cott:

We represent defendant BDG Media, Inc. ("BDG") in the above-referenced Action, and we write pursuant to the Court's October 7, 2021 Order (Dkt. No. 56; the "Order"), wherein Your Honor provided the Court's availability for the forthcoming settlement conference. The parties have conferred and hereby advise that they are both available on November 5, 2021 (from 10 a.m. to 1 p.m.).

In addition, as directed by the Court in its September 14, 2021 Order (Dkt. No. 54), the parties advise that they both wish to conduct the conference via a video platform, preferably Zoom or other similar platform.

We thank the Court for its attention to this matter.

Respectfully submitted,

Eleanor M. Lackman

EML

cc:     All counsel of record (via ECF)