

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
AUSTIN
HANOI
HO CHI MINH CITY

STEVEN M. COWLEY
DIRECT DIAL: +1 857 488 4261
PERSONAL FAX: +1 857 401 3090
*E-MAIL:* SMCowley@duanemorris.com

*www.duanemorris.com*

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO
AND SRI LANKA

December 3, 2021

**VIA ECF**

Honorable James L. Cott
United States Magistrate Judge, S.D.N.Y.
500 Pearl Street, Room 1360
United States Court House
New York, NY  10007

>   Re:   ***Tom Hussey Photography, LLC v. BDG Media, Inc.***
>   **C.A. No. 21-cv-03514-AT-JC**

Dear Judge Cott:

On behalf of Plaintiff Tom Hussey Photography, LLC, I write to request leave to file Exhibit B to its response to the Letter Motion filed by Defendant BDG Media, Inc. (ECF No. 75) under seal.  That Exhibit is a printout of email communications exchanged between counsel for the parties.  Those emails discuss negotiations regarding the protective order and an underlying dispute concerning the designation of documents as "Highly Confidential," which communications are relevant to Plaintiff's response to the pending Letter Motion.  Those same email communications also discuss the negotiation of terms to be included in a written settlement agreement between the parties.  Although that settlement agreement has not been finalized, its terms contemplate that the parties will be obligated to maintain the terms of the settlement agreement as confidential and only disclosed in certain specified circumstances.  In order to avoid defeating the parties' confidentiality expectations as to the terms negotiated in the email exchange marked as Exhibit B, Plaintiff requests leave to file that Exhibit under seal.

>   Sincerely,
>
>   */s/ Steven M. Cowley*

cc:  All Counsel of Record (via ECF)