# EXHIBIT A
# Fully Redacted
# Filed Under Seal