# EXHIBIT C

# Cowley, Steven M.

| | |
|---|---|
| **From:** | Edelstein, Lindsay <lre@msk.com> |
| **Sent:** | Thursday, December 9, 2021 3:27 PM |
| **To:** | Cowley, Steven M.; Lackman, Eleanor |
| **Cc:** | Chen, Peggy S.; Mullins, Bradley |
| **Subject:** | RE: [EXTERNAL] Activity in Case 1:21-cv-03514-AT-JLC Tom Hussey Photography, LLC v. BDG Media, Inc. Order |

Steven,

Maybe there is a miscommunication here. Is this a technical issue? Are you not able to see the confidentiality designations written on the documents?

Defendant contends that all documents it marked with confidentiality designations are implicated by the Court's Order. If you're having trouble viewing the designations on the documents themselves, please let us know.

Your response regarding the timing of the draft does not respond to the point, and we will proceed on separate tracks between the settlement agreement and resolving the issue regarding the designations.

Regards,
Lindsay



**Lindsay R. Edelstein** | **Associate**
T: 917.546.7764 | lre@msk.com
**Mitchell Silberberg & Knupp LLP** | **www.msk.com**
437 Madison Ave., 25th Floor, New York, NY 10022

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

**From:** Cowley, Steven M. <SMCowley@duanemorris.com>
**Sent:** Thursday, December 9, 2021 12:15 PM
**To:** Lackman, Eleanor <eml@msk.com>
**Cc:** Chen, Peggy S. <PSChen@duanemorris.com>; Mullins, Bradley <bym@msk.com>; Edelstein, Lindsay <lre@msk.com>
**Subject:** RE: [EXTERNAL] Activity in Case 1:21-cv-03514-AT-JLC Tom Hussey Photography, LLC v. BDG Media, Inc. Order

-EXTERNAL MESSAGE-
Counsel,

We have identified all the designated documents we are aware of. I asked you to identify any other document you contend is applicable. You refuse. And, oddly, point out that it is not burdensome to provide a substantive response. Yet you still refuse. Please, do whatever you need to do, our question remains outstanding.