# EXHIBIT D

## Cowley, Steven M.

| | |
|---|---|
| **From:** | Lackman, Eleanor <eml@msk.com> |
| **Sent:** | Thursday, December 9, 2021 4:21 PM |
| **To:** | Cowley, Steven M.; Edelstein, Lindsay |
| **Cc:** | Chen, Peggy S.; Mullins, Bradley |
| **Subject:** | RE: [EXTERNAL] Activity in Case 1:21-cv-03514-AT-JLC Tom Hussey Photography, LLC v. BDG Media, Inc. Order |

Counsel,

There must be an issue with however your production was printed, because there were many documents marked confidential or highly confidential. You are representing that only the one you identified was, which is not true from where we sit. Can you please send back what you received so that we can look into it? Obviously, this is quite troubling if that's the case. Please make sure you claw back any documents shared with anyone in this matter, except to the extent public, or advise them that they have documents that they should not have.

I'm not going to go around in circles with you on the simple fact that ==you seem to think that the confidentiality issue (which should be a non-issue) and the settlement agreement are tied together. They are not. I== expect to be back to you over the weekend.

Regards,
Eleanor



**Eleanor M. Lackman | Partner**
T: 212.878.4890 | eml@msk.com
**Mitchell Silberberg & Knupp LLP** | www.msk.com
437 Madison Ave., 25th Floor, New York, NY 10022
2049 Century Park East, 18th Floor, Los Angeles, CA 90067

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

**From:** Cowley, Steven M. <SMCowley@duanemorris.com>
**Sent:** Thursday, December 9, 2021 4:17 PM
**To:** Edelstein, Lindsay <lre@msk.com>; Lackman, Eleanor <eml@msk.com>
**Cc:** Chen, Peggy S. <PSChen@duanemorris.com>; Mullins, Bradley <bym@msk.com>
**Subject:** RE: [EXTERNAL] Activity in Case 1:21-cv-03514-AT-JLC Tom Hussey Photography, LLC v. BDG Media, Inc. Order

-EXTERNAL MESSAGE-
Counsel,

I cannot say it any other way – I already identified (by bates number) all of the documents we have identified as being implicated by a confidentiality claim. I have asked you to confirm, or identify (by bates number) any you claim we missed. Please do that.