

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Eleanor M. Lackman
Partner
(212) 878-4890 Phone
(917) 546-7675 Fax
eml@msk.com

December 30, 2021

**VIA ECF**

The Honorable James L. Cott
United States Magistrate Judge, S.D.N.Y.
500 Pearl Street, Room 1360
United States Court House
New York, NY 10007

Re:   *Tom Hussey Photography, LLC v. BDG Media, Inc*. 21-cv-03514 (AT) (JLC*)*

Dear Judge Cott:

On behalf of defendant BDG Media, Inc., we write to request leave to file a letter response under seal.  The basis for such request is that the letter asks for sealing of a document, filed publicly, that should not have been filed on the public docket due to its disclosure of a term of a confidential agreement.  Such letter necessarily references the confidential term at issue, and therefore should be sealed as well.

Respectfully submitted,

Eleanor M. Lackman
Partner of
MITCHELL SILBERBERG & KNUPP LLP

EML